DOROTHY SINGLEY *v.* HENRY WHITE, COMMISSIONER
OF WELFARE

The plaintiff's "Motion For Permission To File
Typewritten Brief And Appendix And That The
Supreme Court Not Direct Subsequent Printing At
Plaintiff's Expense," filed in the Superior Court in
New Haven County and forwarded to this court
where there is pending a motion to expedite the
appeal, is remanded to the Superior Court in New
Haven County with direction to determine and make
a finding with respect to the plaintiff's claim of
indigency and financial inability to comply with
§ 723 of the Practice Book, as amended. Pending
compliance with this order, decision on the plaintiff's
motion to expedite the appeal is necessarily held in
abeyance.

*Penn Rhodin,* in support of the motion.

Submitted May 22—decided May 24, 1972

CLAIRE C. DIPASQUALE *v.* ENRICO DIPASQUALE

The motion by the plaintiff to dismiss the appeal
from the Superior Court in Fairfield County at
Stamford is granted.

*Joseph P. Zone,* for the appellee (plaintiff).

*Robert G. Zanesky,* for the appellant (defendant).